_____

No. 96-1644
_____

United States of America,      *
                               *
          Appellee,            *
                               *  Appeal from the United States
     v.                        *  District Court for the
                               *  District of Minnesota.
                               *
John Raymond Logergren,        *      [UNPUBLISHED]
                               *
          Appellant.           *


_____

          Submitted:  June 5, 1996

             Filed:  June 11, 1996
_____

Before McMILLIAN, WOLLMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.


     John Raymond Logergren appeals from the district court[1] order denying his motion to dismiss the probation department's petition to revoke his supervised release.  After careful review of the parties' briefs and the record, we affirm the judgment of the district court.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.